HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ASHFAQ G. CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
TEOFIL BRANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEOFIL BRANK,<br><br>　　　　　Defendant. | Case No. CR 15-391<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Ashfaq G. Chowdhury hereby gives notice that he has been assigned to represent Defendant TEOFIL BRANK, along with Deputy Federal Public Defender Seema Ahmad.

///

///

///

1  Please make all necessary changes to the court's Case Management/Electronic
2  Case Filing system to accurately reflect the newly-assigned attorney to ensure that he
3  receives all e-mails relating to filings in this case.

                                  Respectfully submitted,

                                  HILARY POTASHNER
                                  Acting Federal Public Defender

DATED: March 20, 2015       By  */s/ Ashfaq G. Chowdhury*
                                  ASHFAQ G. CHOWDHURY
                                  Deputy Federal Public Defender