# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                                  PLAINTIFF

v.

                                                DEFENDANT.

CASE NUMBER

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

---

Application is made by ☐ plaintiff ☐ defendant _____ that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

    ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Relief sought *(be specific):*

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☐  Telephonic notice given to  ☐ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation on _____.

An interpreter is  ☐ required  ☐ not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

_____                              _____
Date                                                                 Moving Party